**VINCENT FERTITTA**      *      **NO. 2020-CA-0300**

**VERSUS**      *      **COURT OF APPEAL**

**REGIONS BANK**      *      **FOURTH CIRCUIT**

                            *      **STATE OF LOUISIANA**

                            *

                            *

**\* \* \* \* \* \* \***

RLB     **BELSOME, J., CONCURS IN THE RESULT.**